The Law Offices of Robert Nadalin
P.O. Box 124594
San Diego, CA 92112
(619) 234-8875

Robert G. Nadalin, Esq.
Cal. State Bar No. 222489
Attorney for Mr. Sean Ngoc Vo

FILED
08 MAR 10 PM 2:00
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Sean Ngoc Vo,

        Plaintiff,

v.

Condoleezza Rice,
  Secretary of State of the United States,

Kenneth J. Fairfax, Consul General
  Consulate General of the United States,
  Ho Chi Minh City, Vietnam

Jeffrey C. Schwenk, Consular Section Chief
  Consulate General of the United States,
  Ho Chi Minh City, Vietnam

        Defendants.

| Civil No. '08 CV 444 J POR

| Agency No. HCM2007641082

| COMPLAINT FOR A WRIT
| IN THE NATURE OF MANDAMUS

Plaintiff, by his attorney, complaining of Defendants, alleges as follows:

1.) Plaintiff, Sean Ngoc Vo is an individual and petitioner for a fiancé visa who resides within the jurisdiction of this Court. Plaintiff's claim to relief arises under 8 U.S.C. § 1184(d).

2.) Defendant Condoleezza Rice is the Secretary of State of the United States and is sued herein in her official capacity. Defendant Rice is responsible for the administration of the Immigration and Nationality Act as it relates to American consular officers. 8 U.S.C. § 1104. Her rulings on matters of law are binding on American consular officers.

22 C.F.R. § 41.121(d). Kenneth J. Fairfax is the Consul General assigned to the Consulate General of the United States in Ho Chi Minh City, Vietnam, and Jeffrey C. Schwenk is the Consular Section Chief at the same place, both under the jurisdiction of Defendant Rice. These defendants are also sued in their official capacities. Plaintiff alleges, on information and belief, that all Defendants have a role in the visa issuance process as relates herein.

3.) The Court has jurisdiction of this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, 28 U.S.C. § 1651, 28 U.S.C. § 2201 and 5 U.S.C. § 701 et seq., and relief is requested pursuant to these statutes.

4.) On March 31, 2006, Plaintiff petitioned for K-1 visa status on behalf of his fiancé, Phuc T. Le, pursuant to 8 U.S.C. § 1184(d) with the USCIS California Service Center in Laguna Niguel, California. The USCIS Receipt Number assigned to this case is: WAC-06-140-50106 [A099 442 127]. After a long delay, and the filing of a mandamus complaint against the Department of Homeland Security, which was later dismissed without prejudice, the petition was approved on June 26, 2007.

5.) On or about September 6, 2007, Ms. Phuc T. Le, the beneficiary of the petition, was interviewed at the Consulate. At the interview the consular officer requested the birth certificates of Ms. Le's parents and of Mr. Vo's parents. On or about September 20, 2007, Ms. Le submitted all of the requested papers to the Consulate.

6.) Between September 20, 2007 and the present, Ms. Le has called the Consulate numerous times. The Consulate has consistently refused to provide any estimate as to when the visa application may be adjudicated.

7.) On or about December 7, 2007, and February 19, 2008, Mr. Vo called the Consulate. On February 19, he spoke with Officer 67. Both times, the Consulate refused to provide

any estimate as to when the visa application may be adjudicated.

8.) On November 29, 2007, December 17, 2007, January 31, 2008, February 11, 2008, and February 20, 2008, Attorney Robert Nadalin submitted e-mail inquiries as well as an inquiry sent via Federal Express to inquire as to the status of the pending visa application pursuant to a request that the case be completed as soon as possible. The Consulate has consistently refused to take any action on the pending visa application or to provide any estimate as to when the visa application may be adjudicated.

9.) The State Department maintains a website listing estimated visa processing dates. As of March 10, 2008, the processing date for all visas was listed as one day. This website does contain a note marked by three asterisks to note that the stated processing time does not include estimates for fiancé visa (K-visa) processing. It is not clear as to why the Consulate can adjudicate all other visa applications in one day but has not been able to adjudicate the visa application of Ms. Le more than 6 months after the date of her in-person interview.

10.) The petitioner and beneficiary have now waited almost two years for the completion of the fiancé visa process. The Consulate's refusal to adjudicate the case or to provide any kind of estimation as to when it may reasonably be expected to be adjudicated is as a matter of law, arbitrary and not in accordance with the law, and violates standards of fundamental fairness by providing no further notice of when the case may be completed. The delay in the adjudication of this matter is unreasonable as it makes it impossible for Mr. Vo and Ms. Le to know when, if ever, they may be allowed to marry in the U.S. This impacts their ability to plan for an array of matters of great personal importance including starting a family, career planning, and establishing a joint residence.

11.) Defendants have a duty to adjudicate this application. Id.

12.) Plaintiff has exhausted his administrative remedies.

13.) Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law.

14.) Defendants are in violation of the Administrative Procedures Act, 5 U.S.C. § 701 et. seq, are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

WHEREFORE, Plaintiff prays:

A. That the Defendants be ordered to have their agents process this case to a conclusion.

B. For reasonable attorney's fees and

C. For such other and further relief as to this court may seem proper.


Dated: March 10, 2008

_____
Robert G. Nadalin
Attorney for Sean Ngoc Vo

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

        #  148592    - SH
        * * C O P Y * *
          March 10, 2008
             15:03:50

          Civ Fil Non-Pris
    USAO #.: 08CV0444
    Judge..: NAPOLEON A JONES, JR
    Amount.:
    Check#.: BC203        $350.00 CK


        Total-> $350.00


    FROM: VO V. SEC OF STATE
```

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Sean Ngoc Vo

**DEFENDANTS** Condoleezza Rice, Secretary of State of the United States, Kenneth J. Fairfax, Consul General, Consulate General of the United States, Ho Chi Minh City, Vietnam, Jeffrey C. Schwenk, Consular Section Chief, Consulate General of the United States, Ho Chi Minh City, Vietnam

08 MAR 10 PM 1:59

CLERK US DISTRICT COURT

(b) County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

BY _____ DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert G. Nadalin, The Law Offices of Robert Nadalin, P.O. Box 124594, San Diego, CA 92112. Tel. 619-234-8875

Attorneys (If Known)
**'08 CV 444    J  POR**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 USC 1184(d), 28 USC 1331, 28 USC 1361

Brief description of cause:
Action in mandamus to compel administrative action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____   DOCKET NUMBER _____

DATE: 3/10/2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 148592   AMOUNT $350   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

8L 3/10/08