# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Sean Ngoc Vo

VS

Condoleezza Rice, Secretary of State of the United States, Kenneth J. Fairfax, Consul General, Consulate General of the United States, Ho Chi Minh City, Vietnam, Jeffrey C. Schwenk, Consular Section Chief, Consulate General of the United States, Ho Chi Minh City Vietnam

FILED
08 MAR 10 PM 2:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 444  J  POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert G. Nadalin
The Law Offices of Robert Nadalin
P.O. Box 124594, San Diego, CA, 92112

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
J. HINKLE, CLERK

MAR 1 0 2008

DATE

By _____, Deputy Clerk