1
2
3

The Law Offices of Robert Nadalin
P.O. Box 124594
San Diego, CA  92112
(619) 234-8875

4
5

Robert G. Nadalin, Esq.
Cal. State Bar No. 222489
Attorney for Mr. Sean Ngoc Vo

6
7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

8

Sean Ngoc Vo,                                            | Civil No.
                                                                  |
9                                    Plaintiff,          | Agency No. HCM2007641082
                                                                  |
10                        v.                               | PROOF OF SERVICE
                                                                  |
11
                                                                  |
12  Condoleezza Rice,                              |
        Secretary of State of the United States,  |
13                                                                |
      Kenneth J. Fairfax, Consul General       |
14    Consulate General of the United States,  |
      Ho Chi Minh City, Vietnam                 |
15                                                                |
16  Jeffrey C. Schwenk, Consular Section Chief |
      Consulate General of the United States,  |
17    Ho Chi Minh City, Vietnam                 |
                                                                  |
18                        Defendants.             |
                                                                  |
19  _____|

20  I, Robert G. Nadalin, attorney for Mr. Sean Ngoc Vo, Plaintiff in this action, a citizen of
     the United States over the age of eighteen years and a resident of San Diego County,
21  California with business street address being 110 West C St., Suite 1300, San Diego,
     California 92101, and postal address as noted above, and not a party to the above-entitled
22  action, hereby certify that on March 10, 2008, I caused to be served a copy of
     the:COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS and
23  SUMMONS IN A CIVIL ACTION
24
25  by Personal delivery to:

26  Ms. Mary Wiggins
     Server Process Clerk
27  U.S. Department of Justice
     Office of the U.S. Attorney
28  101 West Broadway, Suite 1500
     San Diego, CA 92101

by certified mail, return receipt requested to:

Ms. Condoleezza Rice, Secretary of State
U.S. Department of State
2201 C Street NW
Washington, D.C.  20520

Mr. Kenneth J. Fairfax, Consul General
Consulate General of the U.S.A
Ho Chi Minh City
PSC 461, Box 500
FPO AP 96521

Mr. Jeffrey C. Schwenk, Consular Section Chief
Consulate General of the U.S.A
Ho Chi Minh City
PSC 461, Box 500
FPO AP 96521

Dated: March 10, 2008

s/Robert G. Nadalin
Attorney for Plaintiff
E-mail: robert@nadalinlaw.com

- 2 -