The Law Offices of Robert Nadalin
P.O. Box 124594
San Diego, CA  92112
(619) 234-8875

Robert G. Nadalin, Esq.
Cal. State Bar No. 222489
Attorney for Mr. Sean Ngoc Vo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean Ngoc Vo, | Civil No. 08cv444 J POR |
| Plaintiff, | |
| v. | MOTION FOR VOLUNTARY DISMISSAL OF SUIT |
| Condoleezza Rice, Secretary of State of the United States, et al. | |
| Defendants. | |

Sean Ngoc Vo, by and through his attorney of record, Robert G. Nadalin, Esq., hereby files this motion for voluntary dismissal of his complaint without prejudice pursuant to Federal Rule of Civil Procedure 41.

Mr. Vo sought relief from this court because of an unreasonable delay in the issuance of a fiancé visa to his fiancé, Ms. Le. Ms. Le has now obtained a visa and has lawfully entered the U.S. on the issued visa. Therefore, this matter has become moot and Mr. Vo now moves for voluntary dismissal, without prejudice, of his complaint filed under 8 USC § 1184(d).

DATED: April 18, 2008

Respectfully submitted,

s/ Robert G. Nadalin
_____
Robert G. Nadalin, Esq.
Attorney for Sean Ngoc Vo