The Law Offices of Robert Nadalin
P.O. Box 124594
San Diego, CA 92112
(619) 234-8875

Robert G. Nadalin, Esq.
Cal. State Bar No. 222489
Attorney for Mr. Sean Ngoc Vo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean Ngoc Vo, | Civil No. 08cv444 J POR |
| Plaintiff, | |
| v. | PROOF OF SERVICE |
| Condoleezza Rice, Secretary of State of the United States, et al. | |
| Defendants. | |

I, Robert G. Nadalin, attorney for Mr. Sean Ngoc Vo, Plaintiff in this action, a citizen of the United States over the age of eighteen years and a resident of San Diego County, California with business street address being 110 West C St., Suite 1300, San Diego, California 92101, and postal address as noted above, and not a party to the above-entitled action, hereby certify that on March 10, 2008, I caused to be served a copy of the: MOTION FOR VOLUNTARY DISMISSAL OF SUIT.

by electronic filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Megan Callan Esq.
Counsel for Defendants
megan.callan@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2008

                                           s/Robert G. Nadalin
                                           Attorney for Plaintiff
                                           E-mail: robert@nadalinlaw.com