FILED
MAY - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN NGOC VO,<br><br>      Plaintiff,<br><br>  v.<br><br>CONDOLEEZA RICE,<br>    Secretary of State of the United States et al.<br><br>      Defendants. | Case No. 08cv0444 J (POR)<br><br>**ORDER RE: MOTION FOR DISMISSAL** |

    Before the Court is Plaintiff's Motion for Voluntary Dismissal of the present case. [Doc. No. 4.] This Court, having reviewed the matter as stated above and finding good cause therefor, **ORDERS** this matter **dismissed in its entirety without prejudice**, in accordance with the terms set forth.

Dated: 5-2-08

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: All Parties